**In re Jean Whitfield PERRY, Debtor.**

**Bankruptcy No. 81–00705–N.**

United States Bankruptcy Court,
E. D. Virginia,
Norfolk Division.

July 8, 1981.

Dean W. Sword, Jr., Portsmouth, Va., for debtor.

David R. Levin, Portsmouth, Va., Chapter 13 Trustee.

## ORDER DENYING CONFIRMATION

HAL J. BONNEY, Jr., Bankruptcy Judge.

Jean Whitfield Perry, the debtor herein, has filed a Chapter 13 petition with a plan that would pay her unsecured creditors twenty-five percent [25%] of their debts.

The matter is before the Court, following a hearing, on the confirmation of the plan.

The test for confirming a Chapter 13 plan is set forth at 11 U.S.C. § 1325.

The Court denies confirmation for the following reasons.

(1) Under the plan $1,741.84 would go to unsecured creditors, yet $4,650.00 would go toward her automobile and $16,694.64 toward her home. Such payments are not substantial and meaningful. *In re Charnock*, 12 B.R. 691 (Bkrtcy.). This is an element of good faith. 11 U.S.C. § 1325(a)(3).

(2) In addition to the automobile referred to above, a Pontiac Sunbird, the debtor's schedules reflect she owns a 1978 Cadillac SeVille valued at $6,000.00 and no lien appears thereon. Therefore, under the Chapter 13 plan the creditors would receive less than under a Chapter 7 liquidation and this violates 11 U.S.C. § 1325(a)(4).

Confirmation is denied.

IT IS SO ORDERED.